UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORIELLA ELIZABETH ST LOUIS,

                Plaintiff,

-against-

SUGAR RUSH INC., d/b/a MUR
RESTAURANT, TRU BY MUR INC., d/b/a MUR
RESTAURANT, and IGOR FAZYLOV,

                Defendants.
------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

23-CV-6373 (RER) (TAM)

**RAMÓN E. REYES, JR., United States District Judge:**

        In a report and recommendation dated August 18, 2025, (ECF No. 43 (the "R&R")), Magistrate Judge Taryn A. Merkl recommended that the Court grant in part and deny in part the motion for default judgment. (*Id.*) Specifically, Judge Merkl recommended (1) dismissal without prejudice of Plaintiff's claims under the New York Labor Law for wage notice and wage statement violations; and (2) entry of default judgment in Plaintiff's favor on the remaining claims under the Fair Labor Standards Act and the New York Labor Law. (*Id.*) Judge Merkl advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

        Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety.

        The Clerk of Court is directed to enter judgment in favor of Plaintiff consistent with the R&R and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
_____

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 5, 2025
       Brooklyn, NY